```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K2M DESIGN, INC. c/o Scott Maloney, CEO,

           Plaintiff,

-against-

SCHMIDT CONSULTING GROUP, INC., PETER K. SCHMIDT, GENE LIM, FILMWEST GLOBAL, and PARTNERSHIP, LLC,

           Defendants.

1:22-cv-03069 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Conference previously scheduled for April 4, 2023 at 2:00 PM is adjourned to April 18, 2023 at 2:30 PM.

**SO ORDERED.**

**Date:** March 27, 2023
      New York, NY

*Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**