USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2023

# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY  10175 | Tel. 917.529.3921| F 914.462.3637

May 24, 2023

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007
(212) 805-0200
VyskocilNYSDChambers@nysd.uscourts.gov

Re:  Consent Letter Motion to Extend Filing Deadlines
*K2M Design v Schmidt et al., 22-cv-03069-MKV*

Dear Judge Vyskocil:

I represents Defendants Gene Lim and FilmWest Global Partnership LLC in the above matter.  Currently, Defendants and Plaintiff K2M have a May 30 filing deadline for post-discovery motions.  I request an extension of three weeks, until June 20, for both parties to file these motions.  Plaintiff joins this request. I am preparing for a homicide trial in *People v. Williams*, Case No. 02146/2018, in Kings County Supreme Court. The trial was delayed because the district attorney was unable timely to gather police witnesses for this 2011 homicide. Pre-trial hearings are underway and jury selection starts May 30. We expect 20 days of trial. Based on the above, I request modification of the post-discovery schedule order to permit filing of the parties' post-discovery motions by June 20 or later.  Thank you.

*Jeff Chabrowe*
**JEFFREY CHABROWE, ESQ.** (NY #3001328)
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
***Counsel for Gene Lim and FilmWest Global Partnership LLC***

cc:  Stewart Daniel Roll, Esq.
     sdanl@msn.com

---

**Granted. SO ORDERED.**

Date: 5/24/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge