```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023
```

# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

July 5, 2023

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007
(212) 805-0200
VyskocilNYSDChambers@nysd.uscourts.gov

    Re: Letter Motion to Extend Opposition Filing Deadline
       *K2M Design v Schmidt et al., 22-cv-03069-MKV*

Dear Judge Vyskocil:

    I represent Defendants Gene Lim and FilmWest Global Partnership LLC in the above matter. Currently, Defendants and Plaintiff K2M have a July 5 filing deadline for their Opposition to Plaintiff's Motion for Partial Summary Judgment. I request an extension of three-day extension, until Monday, July 10, within which to file this Opposition. A staff personal emergency has arisen. I am unable to confirm with the opposing counsel their consent or not. Chambers have been verbally apprised of the situation. Based on the above, I request a three day extension and permission to file our Opposition to Motion for Partial Summary Judgment by Monday, July 10. Thank you.

                                      */s/ Jeff Chabrowe*
                                **JEFFREY CHABROWE, ESQ.** (NY #3001328)
                                **LAW OFFICES OF JEFFREY CHABROWE**
                                521 Fifth Avenue, 17th Floor
                                New York, NY 10175
                                (917) 529-3921
                                *Counsel for Gene Lim and FilmWest*
                                *Global Partnership LLC*

cc: Stewart Daniel Roll, Esq.
     sdanl@msn.com

---

**The extension request is GRANTED. The opposition brief must be filed on or before July 10, 2023. The Court also extends the reply brief deadline to July 17, 2023. SO ORDERED.**

Date: 7/5/2023
New York, New York

                                */s/ Mary Kay Vyskocil*
                                Mary Kay Vyskocil
                                United States District Judge