USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

K2M DESIGN, INC. c/o Scott Maloney, CEO,

Plaintiff,

-against-

SCHMIDT CONSULTING GROUP, INC., PETER K. SCHMIDT, GENE LIM, FILMWEST GLOBAL, and PARTNERSHIP, LLC,

Defendants.

1:22-cv-03069 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter motion filed by Plaintiff K2M on July 13, 2023. [ECF No. 88.] The parties are HEREBY DIRECTED to appear for a telephone conference on August 1, 2023 at 10:30 AM. The parties should dial 646-453-4442 and use access code 183 971 472#

**SO ORDERED.**

Date: July 19, 2023
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**