```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

K2M DESIGN, INC.,

                              Plaintiff,

-against-

DR. PETER K. SCHMIDT, GENE LIM, and
FILMWEST GLOBAL PARTNERSHIP, LLC,

                              Defendants.
---------------------------------------------------------------X

Case No. 1:22-cv-03069- MKV-GS

**PROPOSED ORDER**

This matter having come before the Court on the motion of Gertsburg Licata Co. LPA ("Gertsburg Licata") for an order, pursuant to Rule 1.4 of the Local Civil Rules, granting Gertsburg Licata leave to allow attorneys Oliver Thomas and Stewart Daniel Roll to withdraw individually as counsel (the "Motion") for plaintiff K2M Design Inc. ("Plaintiff"), and the Court having considered the papers submitted in support of the Motion, and any papers submitted in opposition thereto, and for good cause shown,

IT IS on this  27  day of  February , 2024

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that Gertsburg Licata is granted leave to allow attorneys Oliver Thomas and Stewart Daniel Roll to withdraw individually as attorneys of record for Plaintiff.

SO ORDERED.

*Mary Kay Vyskocil*
Mary Kay Vyskocil, U.S.D.J.