UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

K2M DESIGN, INC.,

                          Plaintiff,                          22 **CIVIL** 3069 (MKV)

        -against-                           **JUDGMENT**

DR. PETER K. SCHMIDT, GENE LIM, and
FILMWEST GLOBAL PARTNERSHIP, LLC,

                          Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulated Order dated October 9, 2024, the calculation of damages by Magistrate Judge Stein in the Report and Recommendation granting default judgment on Plaintiff's breach of contract claim against Defendant Dr. Peter K. Schmidt [ECF No. 103], which was adopted by the Court [ECF No. 110], shall be applicable to Plaintiff's breach of contract claim against the Lim Defendants. Judgment is entered on Plaintiff's breach of contract claim against Defendants Gene Lim and Filmwest Global Partnership, LLC, jointly and severally, as follows: 1. Damages for breach of contract in the amount of $1,260,000.00; 2. Pre-judgment interest, pursuant to N.Y. C.P.L.R. §§ 5001(a), 5004, at the statutory rate of 9% per annum, from January 6, 2022 until the date of this judgment, in the amount of $86,370.41; 4. Post-judgment interest, pursuant to 28 U.S.C. § 1961, from the date of this judgment until payment; 5. Attorneys' fees in the amount of $192,522.44; and 6. Costs and expenses in the amount of $3,593.28; accordingly, the case is closed.

**Dated:** New York, New York
           October 11, 2024

                                                           **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

          **BY:**          *K. Mango*

                                                            **Deputy Clerk**